**Electronically Filed
Supreme Court
SCWC-21-0000670
23-MAY-2025
07:45 AM
Dkt. 13 ODAC**

SCWC-21-0000670

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KRB, LLC, a Hawaii limited liability company,
Petitioner/Plaintiff-Appellee/Cross-Appellant,

vs.

STATE OF HAWAII, DEPARTMENT OF LAND AND NATURAL RESOURCES;
DAWN N.S. CHANG, in her capacity as the Director of the
Department of Land and Natural Resources; STATE OF HAWAII,
DEPARTMENT OF AGRICULTURE; SHARON HURD, in her capacity as the
Director of the Department of Agriculture; STATE OF HAWAII,
DEPARTMENT OF HEALTH; KENNETH S. FINK, M.D., in his capacity
as the Director of the Department of Health,
Respondents/Defendants-Appellants/Cross-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000670; CASE NO. 5CC151000127)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner KRB LLC's Application for Writ of

Certiorari, filed on March 24, 2025, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 23, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

